**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **KENJI HALEY, #M-21363** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 15-cv-00473-JPG |
| ) | |
| **WEXFORD HEALTH SOURCES, INC.,** ) | |
| **RAVYN OLIN, and** ) | |
| **ALAN MONTGOMERY,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Pursuant to the August 21, 2015 order of the United States Court of Appeals for the Seventh Circuit, and for the reasons stated in this Court's Order of July 31, 2015 (Doc. 24), the Court **GRANTS** Plaintiff's motion for reconsideration (Doc. 14); **VACATES** the order dismissing this case with prejudice (Doc. 12) and the judgment (Doc. 13); and **DIRECTS** the Clerk to reopen this case.  Plaintiff is given 28 days from the date of this order to submit an amended complaint.  The Clerk is directed to send Plaintiff a blank civil rights complaint form.

In light of the foregoing, Plaintiff's motions for leave to appeal *in forma pauperis* (Docs. 21 and 22) and his motion to remand (Doc. 25) are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

DATED:  August 27, 2015

*s/J. Phil Gilbert*
United States District Judge